IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN, JR.,
 Plaintiff,

vs.          Case No.: 3:16cv269/LAC/EMT

ORTEGO,
 Defendant.
_____/

## **O R D E R**

 This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 14, 2016 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

 Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

 Accordingly, it is now **ORDERED** as follows:

 1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

 2. The clerk shall transfer this case to the United States District Court for

the Southern District of Florida and close the file.

**DONE AND ORDERED** this 14th day of July 2016.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv269/LAC/EMT